Ortiz v Alampi (2025 NY Slip Op 00533)

Ortiz v Alampi

2025 NY Slip Op 00533

Decided on January 31, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on January 31, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: CURRAN, J.P., SMITH, GREENWOOD, DELCONTE, AND HANNAH, JJ.

127 CA 24-00160

[*1]TAISHA ORTIZ, PLAINTIFF-APPELLANT,
v
DOMENICO ALAMPI, DEFENDANT-RESPONDENT. 

PARISI & BELLAVIA LAW, LLP, ROCHESTER (TIMOTHY C. BELLAVIA OF COUNSEL), FOR PLAINTIFF-APPELLANT.
HAGELIN SPENCER LLC, BUFFALO (LAURA B. GARDINER OF COUNSEL), FOR DEFENDANT-RESPONDENT. 

 Appeal from an order and judgment (one paper) of the Supreme Court, Monroe County (Elena F. Cariola, J.), entered December 18, 2023. The order and judgment, insofar as appealed from, denied the motion and cross-motion of plaintiff for summary judgment. 
Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on August 12 and 23, 2024,
It is hereby ORDERED that said appeal is unanimously dismissed without costs upon stipulation.
Entered: January 31, 2025
Ann Dillon Flynn
Clerk of the Court